**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCBG MAX AZRIA GLOBAL HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 17-10466 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1:** **Identify the appellant**

1. Name of appellant:

    Lubov Azria

2. Position of appellant in the bankruptcy case that is the subject of this appeal:

    Other: Interested Party (claimant asserting administrative expense claim)

**Part 2:** **Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    *Order Sustaining Debtors' Objection to Proof of Claim Number 746 Filed by Lubov Azria* [Bankr. Docket No. 619]

2. State the date on which the judgment, order, or decree was entered:

    Order Entered August 9, 2017 (Signed August 8, 2017)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: BCBG Max Azria Global Holdings, LLC (6857); BCBG Max Azria Group, LLC (5942); BCBG Max Azria Intermediate Holdings, LLC (3673); Max Rave, LLC (9200); and MLA Multibrand Holdings, LLC (3854). The location of the Debtors' service address is: 2761 Fruitland Avenue, Vernon, California 90058.

Official Form 417A        Notice of Appeal and Statement of Election

**Part 3:** **Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys:

1. Party / Attorney:

    BCBG Max Azria Global Holdings, LLC (Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

2. Party / Attorney:

    BCBG Max Azria Group, LLC (Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

3. Party / Attorney:

    BCBG Max Azria Intermediate Holdings, LLC (Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

4. Party / Attorney:

    Max Rave, LLC (Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

5. Party / Attorney:

    MLA Multibrand Holdings, LLC (Appellee)

    Represented by Joshua A. Sussberg, P.C., Kirkland & Ellis LLP,

    601 Lexington Avenue, New York, New York 10022; (212) 446-4800

Official Form 417A        Notice of Appeal and Statement of Election

**Part 4:** **Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.

              Not Applicable

**Part 5:** **Sign below**

              */s/ Robert J. Pfister*              August 15, 2017
Thomas E. Patterson
Robert J. Pfister
Sasha M. Gurvitz
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Tel.: (310) 407-4000

              -and-

Martin D. Singer
Todd S. Eagan
LAVELY & SINGER P.C.
2049 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.: (310) 556-3501

*Attorneys for Appellant Lubov Azria*