AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Lubov Azria ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-06500-GBD |
| BCBG Max Azria Global Holdings, LLC et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David MacGreevey, in his capacity as Plan Administrator for BCBG Max Azria Global Holdings, LLC et al.

Date: 09/11/2017

*Attorney's signature*

Steven W. Golden  #SG6922
*Printed name and bar number*

780 Third Avenue, 34th Floor
New York, NY 10017
*Address*

sgolden@pszjlaw.com
*E-mail address*

(212) 561-7700
*Telephone number*

(212) 561-7777
*FAX number*