UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
LUBOV AZRIA,

                      Appellant,

  -against-

BCBG MAX AZRIA GLOBAL HOLDINGS,
LLC, BCBG MAX AZRIA GROUP, LLC, BCBG
MAX AZRIA INTERMEDIATE HOLDINGS,
LLC, MAX RAVE, LLC, MLA MULTIBRAND
HOLDINGS, LLC, and DAVID MACGREEVEY,
*in his capacity as Plan Administrator Acting on
Behalf of Runway Liquidation Holdings, LLC, f/k/a
BCBG Max Azria Global Holdings, LLC,*

                      Appellees.
------------------------------------x

ORDER

17 Civ. 6500 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon joint request of the Appellant and Appellees, it is hereby:

1. ORDERED, that this appeal from the United States Bankruptcy Court for the Southern District of New York is STAYED, and that the Clerk of Court transfer this case to the civil suspense docket;

2. ORDERED, that the briefing schedule established by this Court in its Scheduling Order, (ECF No. 3), and as extended by this Court's Memo Endorsement, (ECF No. 14), is suspended pending further order of this Court; and

3. ORDERED, that the parties shall file a Joint Status Report on the progress of ongoing efforts to settle the case no later than November 7, 2018.

Dated: May 14, 2018
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE