UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lubov Azria,<br>　　　　　　Appellant,<br><br>　　　　v.<br><br>BCBG Max Azria Global Holdings, LLC, *et al.*,<br><br>　　　　　　Appellees. | Case No. 17-CV-6500 (GBD) |

## JOINT STATUS REPORT

Pursuant to the Court's *Order* [Docket No. 16], dated May 14, 2018, Appellant and Appellees submit the following report:

Discussions between the Appellant and Appellees concerning multiple disputes between the parties (including the above-captioned appeal) relating to the pending, jointly-administered bankruptcy cases *In re Runway Liquidation Holdings, LLC, et al.*, Case No. 17-10466 (SCC), are ongoing.  The parties respectfully request that the Court set May 8, 2019, as the deadline for the parties to submit a further joint status report, apprising the Court of the status of the ongoing settlement discussions to the extent these proceedings are not otherwise disposed of by mutual agreement of the parties prior to such date.

Dated:   February 6, 2019

| | |
|---|---|
| KLEE TUCHIN BOGDANOFF & STERN LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| */s/ Robert J. Pfister* | */s/ Bradford J. Sandler* |
| Robert J. Pfister, Esq.<br>Thomas E. Patterson, Esq.<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090 | Robert J. Feinstein, Esq.<br>Bradford J. Sandler, Esq.<br>Steven W. Golden, Esq.<br>780 Third Avenue, 34th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777 |
| *Counsel to the Appellant* | *Counsel to the Appellees* |

DOCS_NY:38653.1 08467/001