**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Lubov Azria, )<br>    Appellant, )<br>)<br>   v. )<br>BCBG Max Azria Global Holdings, LLC, *et al.*, )<br>)<br>    Appellees. ) | Case No. 17-CV-6500 (GBD) |

## JOINT STATUS REPORT

Pursuant to the Court's *Order* [Docket No. 16], dated May 14, 2018, Appellant and Appellees submit the following report:

On May 6, 2019, Max Azria, the husband of the Appellant, passed away. In part, because discussions among the parties regarding this proceeding and other disputes in connection with the pending, jointly-administered bankruptcy cases captioned *In re Runway Liquidation Holdings, LLC, et al.*, Case No. 17-10466 (SCC) also involved Mr. Azria's rights and interests, the parties require additional time for such discussions to assess the implications of Mr. Azria's passing on these disputes.

The parties respectfully request that the Court set August 8, 2019, as the deadline for the parties to submit a further joint status report, apprising the Court of the status of the ongoing settlement discussions to the extent these proceedings are not otherwise disposed of by mutual agreement of the parties prior to such date.

Dated: May 8, 2019

| KLEE TUCHIN BOGDANOFF & STERN LLP | PACHULSKI STANG ZIEHL & JONES LLP |
|---|---|
| */s/ Robert J. Pfister* | */s/ Bradford J. Sandler* |
| Robert J. Pfister, Esq. | Robert J. Feinstein, Esq. |
| Thomas E. Patterson, Esq. | Bradford J. Sandler, Esq. |
| 1999 Avenue of the Stars, 39th Floor | Steven W. Golden, Esq. |
| Los Angeles, California 90067 | 780 Third Avenue, 34th Floor |
| Telephone: (310) 407-4000 | New York, New York 10017 |
| Facsimile: (310) 407-9090 | Telephone: (212) 561-7700 |
|  | Facsimile: (212) 561-7777 |
| *Counsel to the Appellant* | *Counsel to the Appellees* |