**Klee,
Tuchin,
Bogdanoff &
Stern
LLP**

1999 Avenue of the Stars
Thirty-Ninth Floor
Los Angeles, California 90067

voice: 310-407-4000
fax: 310-407-9090
www.ktbslaw.com

rpfister@ktbslaw.com
Direct Dial: 310-407-4065

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 04 2019

December 2, 2019

*[Stamp: DEC 03 2019]*

*SO ORDERED: The December 5, 2019 status conference is adjourned to January 30, 2020 at 9:45 a.m.*

*/s/ HON. GEORGE B. DANIELS*

**VIA THE CM/ECF SYSTEM**

Hon. George B. Daniels, U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Unopposed First Request for Continuance of December 5, 2019 Status
        Conference in *Azria v. BCBG Max Azria Global Holdings, LLC*, No. 17-CV-6500

Dear Judge Daniels:

I write as counsel to Lubov Azria, the appellant in the above-referenced bankruptcy appeal, to request a one-month continuance of the status conference set for December 5, 2019, at 9:45 a.m. *See* Docket No. 24 (August 12, 2019 Endorsement on parties' Status Report). No prior requests for continuance of this status conference have been made, and counsel for the appellee consents to this request.

As detailed in the parties' most recent status report [Docket No. 25], the parties have been engaged in efforts to reach a global resolution of all issues between them – including not only the above-referenced appeal, but also certain proofs of claim filed in the underlying bankruptcy case and an adversary proceeding styled *MacGreevey v. Azria Enterprises, Inc., et al. (In re Runway Liquidation Holdings, LLC)*, Adv. Proc. No. 19-01354-SCC (Bankr. S.D.N.Y.). These efforts have been complicated by the unexpected passing of Lubov Azria's husband, the late Max Azria. Nonetheless, the parties have continued to work toward a global resolution, and I am cautiously optimistic that an agreement can be reached in the coming weeks. Accordingly, I respectfully request that the Court continue the December 5, 2019 status conference to a date in early January 2020.

To the extent the Court does not continue the December 5, 2019 status conference, I respectfully request in the alternative that I be allowed to appear telephonically. My office is in Los Angeles, and later in the day on December 5, 2019 I am slated to appear in another court (the U.S. Bankruptcy Court for the Central District of California) on another matter in Santa Ana, California.

Hon. George B. Daniels, U.S. District Judge
December 2, 2019
Page 2

      I thank the Court for considering this request.

Respectfully submitted,

Robert J. Pfister

cc:    Malhar Pagay, Esq.